United States District Judge Honorable Ricardo S. Martinez

United States Magistrate Judge Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE

| | | |
|---|---|---|
| CANDICE M. MARTIN | ) | Case No.: 2:16-CV-01891 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant | ) ) ) | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5756.09, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the

ORDER - 1

THA WIN, ATTORNEY
606 Maynard Avenue South, Suite 201
SEATTLE, WA 98104

Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

Dated this 13 day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

_____

Tha Win WSB #23217
Attorney for Plaintiff
606 Maynard Avenue South, Suite 201
Seattle, WA 98104
Phone 206 903-0289
Fax 206 720-9710